UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JOHN MARTINEZ,

                Plaintiff,

vs.

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-------------------------------------------------------------X

**HENRY J. RICARDO, United States Magistrate Judge.**

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: _12/13/2024_____

**ORDER**

Civil Action No.:
1:24-CV-07568-HJR

        Plaintiff's motion for an extension of time is GRANTED.  The new schedule is set as follows:

- Plaintiff will file Plaintiff's brief by February 5, 2025;

- Defendant's brief will be filed on, or before, April 7, 2025;

- Plaintiff's reply, if any, is due April 21, 2025.

Date: December 13, 2024
     New York, New York

Henry J. Ricardo
United States Magistrate Judge